UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No.:  2:23-cv-253-SPC-NPM

LEONARD KLOTZ and
BERNADETTE KLOTZ,

    Defendants.
_____/

## ORDER

Before the Court is the parties' Joint Motion for Entry of Judgment (Doc. 19). This is an action to collect unpaid federal income tax liabilities. Plaintiff United States of America and Defendants Leonard and Bernadette Klotz stipulate to the entry of judgment against Defendants in favor of the United States of America for unpaid joint federal income taxes in the amount of $1,002,996.38, as of August 1, 2023, plus interest pursuant to 26 U.S.C. §§ 6601, 6621-6622, and 28 U.S.C. § 1961(c) and other statutory additions accruing thereafter.

After review, the Court grants the Motion and will enter the Judgment.

Accordingly, it is now

**ORDERED:**

1. The Joint Motion for Entry of Judgment (Doc. 19) is **GRANTED**.

2. The Clerk is **DIRECTED** to enter judgment against Defendants Leonard and Bernadette Klotz in favor of Plaintiff United States of America for unpaid federal income tax liability in the amount of $1,002,996.38, as of August 1, 2023, plus interest pursuant to 26 U.S.C. §§ 6601, 6621-6622, and 28 U.S.C. § 1961(c) and other statutory additions accruing thereafter.

3. Following the entry of judgment, the Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this August 11, 2023.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record